ZAGER, Justice
(concurring specially).
I respectfully concur in the result only. I write separately because I would deny relief to Rhoades under the facts of his case. As I stated in my dissent in Rhoades v. State, the record, when viewed as a whole and allowing all reasonable inferences, provided an ample factual basis for his guilty plea. 848 N.W.2d 22, 39 (Iowa 2014) (Zager, J., dissenting). I found in that case that his guilty plea was valid, unaffected by any claim of ineffective assistance of counsel. Id. The wrongful imprisonment statute requires a finding that “[t]he individual did not plead guilty to the public offense charged.” Iowa Code § 663A.1(1)(&) (2015). Not only did Rhoades enter-a guilty plea, but his guilty plea was supported by a factual basis. He therefore fails to meet the threshold requirement of the statute. Rhoades’s valid entry of a factually sufficient guilty plea deprives him of the right to recover under the statute.